FILED
2016 Jun-30 AM 11:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | | |
|---|---|---|
| **TIVON ROLLIE THOMAS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CASE NO.:** |
| v. | ) | |
| | ) | **7:14-cv-02084-VEH-JEO** |
| **DR. PHILLIP BOBO, et al.,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## MEMORANDUM OPINION

The Plaintiff has filed this case seeking monetary damages or injunctive relief pursuant to 42 U.S.C. § 1983 for violations of his civil rights.  The Defendants' special reports were treated by the court as motions for summary judgment.  (Docs. 21, 27).  The court also treated a portion of the Plaintiff's response to the special reports as a motion for leave to conduct additional discovery. (Doc. 30 at 2). On June 1, 2016, the magistrate judge filed a report and recommendation recommending that "the plaintiff's motion for leave to conduct additional discovery be denied . . ., the motions for summary judgment be granted, and this action be **DISMISSED WITH PREJUDICE**."  (Doc. 33 at 18) (emphasis in original).  The time for objections to the recommendation has expired, and no objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the

magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. The Court **EXPRESSLY FINDS** that the Plaintiff is not entitled to additional discovery. Accordingly, the Plaintiff's motion for additional discovery is due to be **DENIED**. Further, the Court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that the Defendants are entitled to judgment as a matter of law. Accordingly, the Defendants' motions for summary judgment are due to be **GRANTED**, and this action is due to be **DISMISSED WITH PREJUDICE**. A Final Judgment will be entered.

    **DONE** this the 30th day of June, 2016.

                                            **VIRGINIA EMERSON HOPKINS**
                                            United States District Judge